EDCV14-2521: Lawrence Weinstein v. Mortgage Contracting Services LLC

# [PROPOSED] ORDER

Having reviewed the parties' Stipulation for Relief from Local Rule 23-3, and good cause having been shown, it is hereby ordered that Plaintiff is relieved from the requirements of Local Rule 23-3.

IT IS SO ORDERED.

Dated: __April 14, 2015__          _____/s/_____
                                    Jesus G. Bernal
                                    United States District Judge