JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Lawrence Weinstein,<br><br>Plaintiff,<br><br>v.<br><br>Mortgage Contracting Services, LLC,<br><br>Defendant. | Case No.<br>EDCV 14-02521 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for Final Approval of Class Action Settlement filed by Plaintiff is GRANTED. Thus, the Court:

(1) GRANTS final approval of the Settlement Agreement;

(2) AWARDS Class Counsel attorneys' fees in the amount of $1,000,000.00;

(3) AWARDS Class Counsel costs in the amount of $20,175.40;

(4) AWARDS $15,000.00 to Plaintiff Weinstein;

(5) ORDERS the payment of $18,750.00 to the California Labor and Workforce Development Agency;

(6) ORDERS the payment of $108,484.00 to the claims administrator; and

(7) DISMISSES the Complaint WITH PREJUDICE.

Dated: October 23, 2018

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge